TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
RAYMUNDO ESCOBAR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMUNDO ESCOBAR<br><br>    Defendant. | No. 2:25-CR-00026 DJC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The Government, by and through its counsels of record, Nicole Vanek and Justin Lee and defendant Raymundo Escobar, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1. Mr. Escobar was released on conditions and pretrial supervision on January 15, 2025 (ECF DOC #8).

2. Condition 12 of the release provisions prohibits contact with co-defendants outside the presence of counsel. (ECF DOC #12).

1

3. Mr. Escobar's brother, Marcelino Escobar, is a co-defendant. Marcelino Escobar is in custody. Given Raymundo Escobar's good performance on pretrial release, his pretrial officer is in support of conditions being changed such that pretrial has discretion to grant Raymundo Escobar permission to visit with his brother. The proposed discretion would be exercised via pretrial giving permission for visitation as a whole and not requiring the seeking of permission for each visit so as to not overburden pretrial services with additional work. Pretrial services would continue to monitor Raymundo Escobar, who is participating in services including the Better Choices court, and would be prepared to prohibit visitation if necessary.

4. Pretrial services officer Stephanie Mott suggests the following modifications to the conditions:

    Condition #12: You must not associate with or have any contact with **any defendants in any case(s) related to your federal case**, unless in the presence of counsel, or as otherwise approved in advance by the pretrial services officer. If any such contact is approved by the pretrial services officer, you must not discuss your case.

    Condition #13: You must not associate with or have any contact with **any known gang members**, unless in the presence of counsel, or as otherwise approved in advance by the pretrial services officer.

5. As such, it is requested that the pretrial conditions be modified to reflect the changes set forth above as recommended by pretrial officer Stephanie Mott.

6. The third party custodian and surety, Angelina Escobar, has not objection to the modification.

7. The Government has no objection to this proposed modification to Raymundo Escobar's conditions.

2

IT IS SO STIPULATED.

Dated:  December 19, 2025

ERIC GRANT
United States Attorney

/s/ NICOLE VANEK
NICOLE VANEK
Assistant United States Attorney

Dated:  December 19, 2025

/s/ TONI WHITE
TONI WHITE
Counsel for Defendant
RAYMUNDO ESCOBAR

## [~~PROPOSED~~] FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court hereby amends conditions 12 and 13 of the special conditions of release to read:

> Condition #12: You must not associate with or have any contact with **any defendants in any case(s) related to your federal case**, unless in the presence of counsel, or as otherwise approved in advance by the pretrial services officer. If any such contact is approved by the pretrial services officer, you must not discuss your case.

> Condition #13: You must not associate with or have any contact with **any known gang members**, unless in the presence of counsel, or as otherwise approved in advance by the pretrial services officer.

IT IS SO FOUND AND ORDERED this 22nd day of December, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE