TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA 95667
Telephone: (530) 885-6244

Attorney for Defendant
RAYMUNDO ESCOBAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00026 DJC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| RAYMUNDO ESCOBAR, | |
| Defendant | |

Defendant RAYMUNDO ESCOBAR, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorneys NICOLE VANEK and JUSTIN LEE hereby stipulate as follows:

1. By previous order, this matter was set for status conference on February 19, 2026.

2. By this stipulation, defendant now moves to continue the status conference until March 5, 2026, and to exclude time between February 19, 2026, and March 5, 2026 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case is voluminous including investigative reports and related documents, videos and recordings.

   b) The Government does not object to the continuance.

   c) Based on the above-stated findings, the ends of justice served by continuing the

1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2026 to March 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act may exclude additional time periods from the period within which trial must begin.

IT IS SO STIPULATED.

Dated:  February 17, 2026

ERIC GRANT
United States Attorney

By:    /s/ Nicole Vanek
NICOLE VANEK
Assistant U.S. Attorney

For the United States

By:    /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

For the United States

Dated:  February 17, 2026

By:    /s/ Toni White
TONI WHITE

For Defendant Raymundo Escobar

2

**O R D E R**

IT IS SO FOUND AND ORDERED this 17th day of February 2026.


Dated:  February 17, 2026                              /s/ Daniel J. Calabretta
                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                       UNITED STATES DISTRICT JUDGE