ERIC GRANT
United States Attorney
NICOLE M. VANEK
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAYMUNDO ESCOBAR,<br><br>                    Defendant. | CASE NO.  2:25-CR-00026-DJC<br><br>STIPULATION RE: STATUS CONFERENCE;<br>ORDER |

Plaintiff, United States of America, by and through its counsel of record, and defendant Raymundo Escobar, by and through his counsel of record, hereby stipulate as follows:

1. This matter is set to begin trial on December 7, 2026. ECF 160.

2. At the last status conference, the Court set another status conference for May 7, 2026. ECF 160.

3. The parties agree that at this time, there is no reason to hold a status conference, as neither party has updates for the Court.

4. The parties therefore request that the May 7, 2026 status conference be vacated.

5. If the parties find that another status conference is necessary, they will confer with the Court to schedule one at a future date.

IT IS SO STIPULATED.

STIPULATION RE: BRIEFING SCHEDULE

1

Dated:  April 29, 2026

                                 ERIC GRANT
                                 United States Attorney

                     By:   /s/ *NICOLE M. VANEK*
                                 NICOLE M. VANEK
                                 Assistant United States Attorney

Dated:  April 29, 2026

                                 /s/ *TONI WHITE*
                                 TONI WHITE
                                 Counsel for Defendant
                                 RAYMUNDO ESCOBAR

## ORDER

Given the parties' separate confirmations that they are still on track to proceed to trial as currently scheduled, IT IS SO FOUND AND ORDERED this 30th day of April, 2026.

                               /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE